**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.** | 8:24-cr-482-JLB-SPF | **DATE:** | April 6, 2026 |
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>HANNAH KING | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Michael Buchanan, AUSA | |
| | | **DEFENSE COUNSEL**<br>Anne Borghetti, CJA | |
| **COURT REPORTER:**  Digital | | **DEPUTY CLERK:** | Karina Nieves |
| **TIME:**  10:02 AM to 10:25 AM | **TOTAL:** 23 mins | **PRETRIAL:** | N/A |
| | | **COURTROOM:** | 11B |

## PROCEEDINGS: GUILTY PLEA PROCEEDINGS

(X)     Defendant sworn.

(X)     Court advises of defendant's rule 11 rights.

(X)     Plea agreement filed (Doc. 60).

(X)     Plea of guilty entered as to Count One of the Indictment.

(X)     Factual basis established.

(X)     Guilty plea accepted.

(X)     Referred to probation for pre-sentence investigation.

(X)     Sentencing to be scheduled by separate notice before District Judge John L. Badalamenti.

(X)     Remains in custody.