**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                              **Case No.: 8:25-cr-482-JLB-SPF**

**HANNAH KING**

_____/

### DEFENDANT HANNAH KING'S UNOPPOSED
### MOTION TO CONTINUE SENTENCING

**COMES NOW**, the Defendant, **HANNAH KING**, by and through undersigned counsel, hereby respectfully requests that this Court continue the Sentencing hearing until October, 2026.  As grounds for granting this motion, the Defendant submits the following:

1.  The Defendant pled guilty to a government sponsored plea agreement, including a cooperation clause, on April 6th of 2026.

2.  The Defendant is scheduled for sentencing on August 11, 2026, at 2:30 p.m.

3.  Undersigned counsel and counsel for the government corresponded wherein the Defendant and the government agreed that a delay would allow the Defendant additional time to comply with the terms and conditions of her plea agreement.

4.  The government and the Defendant agreed to request a continuance of the Defendant's sentencing until October of 2026.

5. The government does not oppose this request for a continuance.

6. This motion is not intended to unnecessarily delay proceedings, but rather expedite a final resolution by not requiring the government to petition this Honorable Court for a post-sentencing sentence reduction for the Defendant.

**WHEREFORE**, the undersigned prays that this Honorable Court continue the Sentencing hearing until October, 2026.

Dated this 15th day of July, 2026.

Respectfully,

 /s/ *Anne F. Borghetti*
ANNE F. BORGHETTI, ESQUIRE
12211 49th St N, Ste 1
Clearwater, FL 33762
Phone (727) 502-0300
Fax (727) 502-0303
Florida Bar No.: 0843385
Email: Legal@BorghettiLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of July, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

 /s/ *Anne F. Borghetti*
ANNE F. BORGHETTI, ESQUIRE

2